IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                    :        CHAPTER 13
                         :
 Rasheed K Pinckney      :          No.15-12243 ELF
    Debtor

O  R  D  E  R

AND NOW, this           day of                 , 2017, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.

_____   2/12/18
HONORABLE ERIC L FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C Miller, Trustee

David M. Offen, Esquire

Rasheed K Pinckney

Payroll Controller
Care Pavilion Nursing Home
6212 Walnut Street
Philadelphia, PA 19139