United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12243-elf
Rasheeda K. Pinckney                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Aug 22, 2018
                              Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
```
db          +Rasheeda K. Pinckney,    6116 Chestnut Street,   Philadelphia, PA 19139-3011
cr           ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr          +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,   1719 North Front Street,
              Harrisburg, PA 17102-2305
13575096     American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
              Los Angeles, CA 90051-5478
13501950    +Ar Resources Inc,    1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13501952    +City of Phila. Real Estate Tax,    1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1504
13501953     Comcast Cable,    Payment Processing Center,   P.O. Box 55126,   Boston, MA 02205-5126
13501954    +Convergent Outsourcing,    800 Sw 39th St,   Renton, WA 98057-4975
13836239     ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13501958    +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13501959    +Firstrust Bank,    Po Box 61047,   Harrisburg, PA 17106-1047
13501961    +KML Law Group, P.C.,    701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13524118    +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13501966     Phila Gas Works,    PO Box 11700,   Newark, NJ 07101-4700
13543594    +Philadelphia Gas Works,    800 W Montgomery Ave,   Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13501967     Trustees UPHS HUP Patient,    PO Box 824336,   Philadelphia, PA 19182-4336
13540288    +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
              211 North Front Street,   Harrisburg, Pennsylvania 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:27     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2018 01:54:03
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2018 01:54:18     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13521208    +E-mail/Text: g20956@att.com Aug 23 2018 01:54:33     AT&T Mobility II LLC,
              % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
13501951    +E-mail/Text: ACF-EBN@acf-inc.com Aug 23 2018 01:53:47     Atlantic Crd,    P O Box 13386,
              Roanoke, VA 24033-3386
13602824     E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:26
              Water Revenue Bureau,City of Philadelphia,    Law Department  Tax Unit,   Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13599762    +E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:26
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13501955     E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2018 01:54:38
              Credit Collection Services,    Payment Processing Center,   P.O. Box 55126,
              Boston, MA 02205-5126
13501956    +E-mail/Text: bankruptcynotices@dcicollect.com Aug 23 2018 01:54:32     Diversified,
              P O Box 551268,    Jacksonville, FL 32255-1268
13501957    +E-mail/Text: bankruptcynotices@dcicollect.com Aug 23 2018 01:54:32     Diversified Consultant,
              10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
13501962    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2018 01:54:10     Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13501963    +E-mail/Text: bankruptcy@sccompanies.com Aug 23 2018 01:54:43     Midnight Velvet,
              1112 7th Ave,   Monroe, WI 53566-1364
13501964    +E-mail/Text: blegal@phfa.org Aug 23 2018 01:54:12    Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
13501965    +E-mail/Text: bankruptcygroup@peco-energy.com Aug 23 2018 01:53:53     Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
13506116     E-mail/Text: appebnmailbox@sprint.com Aug 23 2018 01:54:10     Sprint Corp.,
              Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13501968     E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:26     Water Revenue Bureau,
              1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13501960*   +Firstrust Bank,    Po Box 61047,   Harrisburg, PA 17106-1047
13501969*   +Water Revenue Bureau,    1401 JFK Blvd,   Philadelphia, PA 19102-1663
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: PaulP              Page 2 of 2                  Date Rcvd: Aug 22, 2018
                               Form ID: pdf900          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Rasheeda K. Pinckney dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RASHEEDA K. PINCKNEY                               Chapter 13

                    Debtor            Bankruptcy No. 15-12243-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 22, 2018**                  _____
                                            Eric L. Frank
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
RASHEEDA K. PINCKNEY

6116 CHESTNUT STREET

PHILADELPHIA, PA 19139-